IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, C.P. PHARMACEUTICALS INTERNATIONAL C.V. and NORTHWESTERN UNIVERSITY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 09-307 (GMS) |
| TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD., | ) ) ) ) | |
| Defendants. | ) ) | |
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, and C.P. PHARMACEUTICALS INTERNATIONAL C.V., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 09-308 (GMS) |
| ALPHAPHARM PTY. LTD., and MYLAN PHARMACEUTICALS INC., | ) ) ) | |
| Defendants. | ) | |

| | |
|---|---|
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, C.P. PHARMACEUTICALS INTERNATIONAL C.V. and NORTHWESTERN UNIVERSITY,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>LUPIN LTD., and LUPIN PHARMACEUTICALS, INC.,<br><br>　　　　Defendants. | Civil Action No. 09-309 (GMS) |
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, C.P. PHARMACEUTICALS INTERNATIONAL C.V. and NORTHWESTERN UNIVERSITY,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>SANDOZ INC.,<br><br>　　　　Defendant. | Civil Action No. 09-310 (GMS) |
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, C.P. PHARMACEUTICALS INTERNATIONAL C.V. and NORTHWESTERN UNIVERSITY,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>ACTAVIS ELIZABETH LLC and, ACTAVIS, INC.,<br><br>　　　　Defendants. | Civil Action No. 09-311 (GMS) |

| | |
|---|---|
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, C.P. PHARMACEUTICALS INTERNATIONAL C.V. and NORTHWESTERN UNIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>WOCKHARDT LIMITED, and WOCKHARDT USA, LLC,<br><br>    Defendants. | Civil Action No. 09-312 (GMS) |
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, C.P. PHARMACEUTICALS INTERNATIONAL C.V. and NORTHWESTERN UNIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUN PHARMA GLOBAL INC., SUN PHARMACEUTICAL INDUSTRIES LTD., and SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>    Defendants. | Civil Action No. 09-313 (GMS) |

|  |  |
|---|---|
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, C.P. PHARMACEUTICALS INTERNATIONAL C.V. and NORTHWESTERN UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>COBALT LABORATORIES, INC., and COBALT PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 09-315 (GMS) |

**STIPULATION AND ORDER OF CONSOLIDATION**

WHEREAS, Defendants Teva Pharmaceuticals USA, Inc. ("Teva USA") and Teva Pharmaceutical Industries, Ltd. ("Teva Ltd" and together with Teva USA, "Teva") have submitted Abbreviated New Drug Application ("ANDA") Nos. 91-219 and 91-224 to the FDA seeking FDA approval to commercially manufacture, use, import, offer for sale or sell, a generic version of Lyrica® prior to the expiration of U.S. Patent Nos. 6,197,819 ("the '819 patent") and 6,001,876 ("the '876 patent"). Plaintiffs Pfizer Inc., Warner-Lambert Company LLC, C.P. Pharmaceuticals International C.V. ("Pfizer") and Northwestern University ("Northwestern" and together with Pfizer, "Plaintiffs") have filed suit in Civil Action No. 09-307 (GMS) against Teva alleging, *inter alia*, infringement of the '819 patent and the '876 patent.

WHEREAS, Defendants Alphapharm Pty. Ltd. and Mylan Pharmaceuticals Inc. ("Mylan" and together with Alphapharm Pty. Ltd., "Alphapharm") have submitted ANDA No. 91-228 to the FDA seeking FDA approval to commercially manufacture, use, import, offer for sale or sell, a generic version of Lyrica® prior to the expiration of the '876 patent. Pfizer has

filed suit in Civil Action No. 09-308 (GMS) against Alphapharm alleging, *inter alia*, infringement of the '876 patent.

WHEREAS, Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (together with Lupin Ltd., "Lupin") have submitted ANDA No. 91-040 to the FDA seeking FDA approval to commercially manufacture, use, import, offer for sale or sell, a generic version of Lyrica® prior to the expiration of the '819 patent and U.S. Patent No. 5,563,175 ("the '175 patent"). Plaintiffs have filed suit in Civil Action No. 09-309 (GMS) against Lupin alleging, *inter alia*, infringement of the '819 patent and the '175 patent.

WHEREAS, Defendant Sandoz Inc. ("Sandoz") has submitted ANDA No. 91-229 to the FDA seeking FDA approval to commercially manufacture, use, import, offer for sale or sell, a generic version of Lyrica® prior to the expiration of the '819 patent, the '876 patent and the '175 patent. Plaintiffs have filed suit in Civil Action No. 09-310 (GMS) against Sandoz alleging, *inter alia*, infringement of the '819 patent, the '876 patent and the '175 patent.

WHEREAS, Defendants Actavis Elizabeth LLC ("Actavis Elizabeth") and Actavis, Inc. (together with Actavis Elizabeth, "Actavis") have submitted ANDA No. 91-025 to the FDA seeking FDA approval to commercially manufacture, use, import, offer for sale or sell, a generic version of Lyrica® prior to the expiration of the '819 patent, the '876 patent and the '175 patent. Plaintiffs have filed suit in Civil Action No. 09-311 (GMS) against Actavis alleging, *inter alia*, infringement of the '819 patent, the '876 patent and the '175 patent.

WHEREAS, Defendants Wockhardt Limited ("Wockhardt Ltd.") and Wockhardt USA, LLC, ("Wockhardt USA" and together with Wockhardt Ltd, "Wockhardt") have submitted ANDA No. 91-222 to the FDA seeking FDA approval to commercially manufacture, use, import, offer for sale or sell, a generic version of Lyrica® prior to the expiration of the '819

patent. Plaintiffs have filed suit in Civil Action No. 09-312 (GMS) against Wockhardt alleging, *inter alia*, infringement of the '819 patent.

WHEREAS, Defendants Sun Pharma Global Inc. ("Sun Global"), Sun Pharmaceutical Industries Ltd. ("Sun Ltd.") and Sun Pharmaceuticals Industries, Inc. ("Sun Inc." and together with Sun Global and Sun Ltd., "Sun") have submitted ANDA No. 91-157 to the FDA seeking FDA approval to commercially manufacture, use, import, offer for sale or sell, a generic version of Lyrica® prior to the expiration of the '819 patent and the '175 patent. Plaintiffs have filed suit in Civil Action No. 09-313 (GMS) against Sun alleging, *inter alia*, infringement of the '819 patent and the '175 patent.

WHEREAS, Defendants Cobalt Laboratories, Inc. ("Cobalt Labs") and Cobalt Pharmaceuticals, Inc. ("Cobalt Pharmaceuticals" and together with Cobalt Labs, "Cobalt") have submitted ANDA No. 91-221 to the FDA seeking FDA approval to commercially manufacture, use, import, offer for sale or sell, a generic version of Lyrica® prior to the expiration of the '819 patent and the '175 patent. Plaintiffs have filed suit in Civil Action No. 09-315 (GMS) against Cobalt alleging, *inter alia*, infringement of the '819 patent and the '175 patent.

NOW THEREFORE, the parties stipulate and agree, subject to approval by the Court, that the eight above-captioned cases shall be consolidated for discovery and pretrial purposes. The parties further agree that the propriety of consolidating the above-captioned cases for purposes of trial shall be considered at such time as may be appropriate. All papers will hereafter be filed under Civil Action No. 09-307 (GMS).

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MCCARTER & ENGLISH, LLP |
| /s/ *Jack B. Blumenfeld* | /s/ *Daniel M. Silver* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Michael P. Kelly (#2295)<br>Andrew S. Dupre (#4621)<br>Daniel M. Silver (#4758)<br>Renaissance Centre<br>405 North King Street – 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>mkelly@mccarter.com<br>adupre@mccarter.com<br>dsilver@mccarter.com |
| *Attorneys for Pfizer Inc., Warner-Lambert Company LLC, and C.P. Pharmaceuticals International C.V.* | *Attorneys for Northwestern University* |
| *Of Counsel*: | *Of Counsel*: |
| Dimitrios T. Drivas<br>Jeffrey J. Oelke<br>Adam Gahtan<br>Brendan G. Woodard<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 819-8200 | Kevin M. Flowers<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago, IL 60606-6357<br>(312) 474-6300 |
| PROCTOR HEYMAN LLP | MORRIS JAMES LLP |
| /s/ *Dominick T. Gattuso* | /s/ *Mary Matterer* |
| Kurt M. Heyman (#3054)<br>Dominick T. Gattuso (#3630)<br>1116 N. West Street<br>Wilmington, DE 19801<br>(302) 472-7300<br>kheyman@proctorheyman.com<br>dgattuso@proctorheyman.com | Mary Matterer (#2696)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>(302) 888-6800<br>mmatterer@morrisjames.com |
| *Attorneys for Actavis Elizabeth LLC and Actavis, Inc.* | *Attorney for Alphapharm Pty. Ltd. and Mylan Pharmaceuticals* |

*Of Counsel*:

Jonathan A. Harris
Andrea Johnson Sweet
AXINN VELTROP & HARKRIDER LLP
90 State House Square, 9th Floor
Hartford, CT 06103-3704
(860) 275-8100

James P. Doyle
AXINN VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2224

*Of Counsel*:

Timothy H. Kratz
Robert L. Florence
George J. Barry III
MCGUIREWOODS LLP
1170 Peachtree Street, Suite 2100
Atlanta, Georgia 30309
(404) 443-5500

PRICKETT, JONES & ELLIOTT, P.A.

/s/ *Elizabeth M. McGeever*
_____
Elizabeth M. McGeever (#2057)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
emmcgeever@prickett.com

*Attorneys for Cobalt Laboratories, Inc. and Cobalt Pharmaceuticals, Inc.*

*Of Counsel*:

C. Nicole Gifford
E. Anthony Figg
Joseph A. Hynds
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W. Suite 800
Washington, D.C. 20005
202) 783-6040

BAYARD, P.A.

/s/ *Richard D. Kirk*
_____
Richard D. Kirk (#922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com

*Attorney for Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

*Of Counsel*:

Caryn Borg-Breen
Christopher T. Griffith
Robert F. Green
LEYDIG, VOIT & MAYER
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601-6731
(312) 616-5600

| | |
|---|---|
| DUANE MORRIS LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| /s/ *Richard W. Riley* | /s/ *John C. Phillips, Jr.* |
| Richard W. Riley (#4052)<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>(302) 657.4900<br>rwriley@duanemorris.com | John C. Phillips, Jr. (#110)<br>Brian E. Farnan (#4089)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-5000<br>jcp@pgslaw.com<br>bef@pgslaw.com |
| *Attorneys for Sandoz Inc.* | *Attorneys for Sun Pharma Global Inc., Sun Pharmaceutical Industries Ltd. and Sun Pharmaceutical Industries, Inc.* |
| *Of Counsel*: | *Of Counsel*: |
| Laura A. Lydigsen<br>Meredith Martin Addy<br>Thomas J. Filarski<br>BRINKS HOFER GILSON & LIONE<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611-5599<br>(312) 321-4200 | Robert B. Breisblatt<br>Brian Sodikoff<br>Stephen P. Benson<br>Breighanne Eggert<br>Jeremy Daniel<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br>(312) 902-5200 |
| STEVENS & LEE | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ *Joseph H. Huston, Jr.* | /s/ *Kelly E. Farnan* |
| Joseph H. Huston, Jr. (#4035)<br>1105 North Market Street<br>Suite 700<br>Wilmington, DE 19801<br>(302) 425-3310<br>jhh@stevenslee.com | Jeffrey L. Moyer (#3309)<br>Kelly E. Farnan (#4395)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>moyer@rlf.com<br>farnan@rlf.com |
| *Attorney for Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries, Ltd.* | *Attorneys for Wockhardt USA LLC and Wockhardt Limited* |

| Of Counsel: | Of Counsel: |
|---|---|
| Jim Galbraith | Michael Dzwonczyk |
| A. Antony Pfeffer | Mark Boland |
| Michael J. Freno | Chid Iyer |
| KENYON & KENYON | Ken Burchfiel |
| One Broadway | Azy S. Kokabi |
| New York, NY 10004-1007 | SUGHRUE MION, PLLC |
| (212)-425-7200 | 2100 Pennsylvania Avenue, NW, Suite 800 |
| | Washington, DC 20037 |
| | (202) 293-7060 |

So ORDERED this __4th__ day of __Sept.__, 2009

_____
CHIEF JUDGE